CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT to be served via first-class mail, postage prepaid, on the following:

LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA
Megan M. Tans
Timothy O'Brien
316 South Baylen Street
Suite 600
Pensacola, FL 32502
P.O. Box 12308
Pensacola, FL 32591

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on July 19, 2007

                                                          /s/
                                        Julie A. Calidonio